UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

D-1    WILLIAM BORGIDA,

        Defendant.
_____/

Case:2:09-cr-20382
Judge: Tarnow, Arthur J
MJ: Randon, Mark A.
Filed: 08-12-2009 At 04:23 PM
INDI: USA V. WILLIAM BORGIDA (KB)

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE

(18 U.S.C. §2252A(a)(1) -- *Transportation of Child Pornography*)

D-1    WILLIAM BORGIDA

On or about September 29, 2008, in the Eastern District of Michigan, Southern Division, defendant WILLIAM BORGIDA did knowingly transport child pornography, as defined in Title 18, United States Code, Section 2256(8), which contained visual depictions of actual minors engaged in sexually explicit conduct, such transportation or shipment occurring in foreign commerce by any means, including by computer; all in violation of Title 18, United States Code, Section 2252A(a)(1).

### COUNT TWO

(18 U.S.C. §2252A(a)(5)(B)-- *Possession of Child Pornography*)

D-1    WILLIAM BORGIDA

On or about September 29, 2008, in the Eastern District of Michigan, Southern Division,

defendant WILLIAM BORGIDA did knowingly possess child pornography, as defined in Title 18, United States Code, Section 2256(8), located on computer generated media which contained visual depictions of actual minors engaged in sexually explicit conduct, and such items having been transported in interstate and foreign commerce by any means, including by computer; all in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

THIS IS A TRUE BILL

s/ FOREPERSON

TERRENCE BERG
United States Attorney


s/JENNIFER M. GORLAND
Assistant United States Attorney
Chief, General Crimes Unit


s/ERIN S. SHAW
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226
313.226.9182
erin.shaw@usdoj.gov


Dated: August 12, 2009

| United States District Court<br>Eastern District of Michigan | Criminal Case Cove | Case: 2:09-cr-20382<br>Judge: Tarnow, Arthur J<br>MJ: Randon, Mark A.<br>Filed: 08-12-2009 At 04:23 PM<br>INDI: USA V. WILLIAM BORGIDA (KB) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to compl(

| **Companion Case Information** | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes    XX ☐ No | AUSA's Initials: ESS |

Case Title: USA v. D-1 WILLIAM BORGIDA

County where offense occurred : Wayne County

Check One:   ☒ Felony          ☐ Misdemeanor          ☐ Petty

__XX__ Indictment/___Information --- **no** prior complaint.
__ Indictment/___Information --- based upon prior complaint [Case number:         ]
___Indictment/___Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

**Superseding Case Information:**

Superseding to Case No: _____     Judge: _____

☐ Original case was terminated; no additional charges or defendants.
☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

**Defendant name**                **Charges**

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

August 12, 2009
Date

*Erin S. Shaw*
Erin S. Shaw
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: (313) 226-9182
Fax: (313) 226-2621
E-Mail address: erin.shaw@usdoj.gov
Attorney Bar #:

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.                5/20/04