UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D-1   WILLIAM BORGIDA,

    Defendant.
_____/

CRIMINAL NO. 09-20382

HONORABLE ARTHUR J. TARNOW

FILED AUG 2 1 2009 CLERK'S OFFICE DETROIT

## DEFENDANT'S ACKNOWLEDGMENT OF INDICTMENT

I, WILLIAM BORGIDA, defendant in this case, hereby acknowledge that I have received a copy of the indictment before entering my plea, and that I have read it and understand its contents.

I know that if I am convicted or plead guilty, I may be sentenced as follows:

**Count One**: Not less than 5 years and not more than 20 years in prison, a $250,000 fine, or both.

**Count Two**: Up to 10 years in prison, a $250,000 fine, or both.

_____
WILLIAM BORGIDA
Defendant

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

DATE: 08/21/09

_____
COUNSEL FOR DEFENDANT